# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 10-01306-CJC(JEMx) | Date | September 2, 2010 |
|---|---|---|---|
| Title | 611 W. Civic Center Drive, LLC v. Nativo Lopez, et al | | |

| Present: The Honorable | CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE |
|---|---|

| Michelle Urie | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**  (IN CHAMBERS) ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO SUBMIT A CONFORMED COPY OF THE STATE COMPLAINT WITH THE NOTICE OF REMOVAL

    The Court hereby orders defendant to show cause in writing, no later than September 12, 2010, why this case should not be dismissed for failure to submit a conformed copy of the state complaint with the filing of the notice of removal.  As an alternative to a written response by defendant, the Court will consider the filing of the state complaint as an appropriate response to this OSC, on or before the above date.

    No oral argument of this matter will be heard unless ordered by the Court.  The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by defendant is due.

|  | : | 0 |
|---|---|---|
| Initials of Preparer | mu | |